IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:03CR303115 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| vs. | ) | |
| | ) | PETITION FOR |
| DANIEL W. SAVAGE, | ) | ACTION ON CONDITIONS |
| | ) | OF |
| Defendant. | ) | SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 12, 2011                              BY THE COURT:

                                                *s/Cheryl R. Zwart*
                                                United States Magistrate Judge