IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3115 |
| v. | ) | |
| DANIEL W. SAVAGE, | ) | ORDER |
| Defendant. | ) | |

Counsel for the government and the defendant, in a conference with chambers, jointly requested a continuance of the hearing because more time is needed to resolve pending issues.

IT THEREFORE IS ORDERED that:

1. the joint motion to continue hearing, document entry 89, is granted;

2. the hearing on violation of supervised release is continued to February 13, 2012, at 3:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated January 9, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge